IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LELIA JENKINS, ) | |
| ) | Case No. 10-cv-04897 |
| Plaintiff, ) | |
| v. ) | Honorable Milton I. Shadur |
| ) | |
| CAPITAL MANAGEMENT ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

### Statement As To Why The Court Should Not Consider Imposing a Moderate Fine As Its Website Warned

Matthew T. Kinst, defense counsel for Capital Management Services, L.P., for his statement as to why this Court should not consider imposing a moderate fine, as the Court's website warns, states as follows:

1. Defense counsel admits that failure to provide a courtesy copy of the motion for an extension of time to plead is inexcusable given the requirements of Local Rule 5.2(f) and the Court's own clear guidelines located on its website.

2. As the filer of the motion, defense counsel understands that it is his responsibility to ensure that pleadings are filed in accordance with the Local Rules and the Court's standing order.

3. Defense counsel understands the Court's need for courtesy copies given the voluminous amount of pleadings filed in pending cases.

4. In accordance with the Court's Order, defense counsel forwarded a copy of the September 2, 2010 Order to his client, Capital Management Services, L.P., and stated that no charge will be made for the time and expense incurred in connection with the current motion.

5. Defense counsel apologizes to Judge Shadur, the Judge's staff, and defense counsel's client for his neglect in failing to provide a courtesy copy of the motion as required by Local Rules and the Court's standing order, and for any inconvenience the neglect may have caused.

6. Defense counsel will ensure that courtesy copies of all future documents filed with the Court will be delivered in hard copy to Judge Shadur's Chambers on the date of filing, or within one business day after filing, pursuant to the Court's standing order.

7. It is defense counsel's custom and practice to follow the standing orders for any District Judge he appears before.

WHEREFORE, Matthew T. Kinst, defense counsel for Capital Management Services, L.P., respectfully requests the Court not consider imposing a moderate fine, as the Court's website warns, for failing to provide the Court with a courtesy copy of the motion for extension of time to plead.

                                              Respectfully submitted,

                                              */ s / Matthew T. Kinst*

Matthew T. Kinst, Esq. (ARDC No. 6296945)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
(312) 321-9100
(312) 321-0990 - Fax

Dated:  September 3, 2010

2